# TAB A

# CERTIFIED DOCKET SHEET

VAN ZANDT COUNTY CIVIL DOCKET
CAUSE # 22-00054

================================================================================

```
    LORMAND,DAWN                         ATTORNEY: THOMPSON,BRITTNEY L.
                                                   1901 AIRPORT FRWY
                                                   BEDFORD, TX 76021
                                                   (817)359-7000

                              -- VS.--

    WILLS POINT ISD                      ATTORNEY:


CAUSE OF ACTION: OTHER CIVIL
FILE DATE: 04/26/2022
```

================================================================================
DATE                          NATURE OF PROCEEDINGS
================================================================================

```
04/26/2022             ORIGINAL PETITION
 PLAINTIFF'S ORIGINAL PETITION
04/26/2022             ISSUE CITATION
04/26/2022             RECEIPT ISSUED
 213096
04/26/2022             ISSUE CITATION
 COPY OF CITATION ENV# 63939422
05/02/2022             AFFIDAVIT
 AFFIDAVIT OF SERVICE
05/19/2022             COPIES ELECTRONIC PP 1-10
 REQUEST FOR COPIES
```

I certify this to be a true and exact copy of the original on file in the District Clerk's Office, Van Zandt County, Texas
By _____ Deputy